UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MAXWELL D. KOZLOV and BENJAMIN D. BOSIS, individually and on behalf of other similarly situated individuals,

Plaintiffs,

v.

BROWN UNIVERSITY IN PROVIDENCE IN THE STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS, alias,

Defendant.

Civil Action No. 1:19-cv-00028

## PRELIMINARY APPROVAL ORDER

This matter came on to be heard on the Joint Motion for Conditional Certification and Preliminary Approval of Settlement filed by the Parties, and after consideration thereof, it is hereby,

**ORDERED, ADJUDGED AND DECREED:**

1. The Fair Labor Standards Act collective class described in the Joint Memorandum of Law is conditionally certified for settlement purposes only;

2. The Settlement Agreement of the Parties filed with this Court in the within action is preliminarily approved;

3. The Parties are authorized to distribute the proposed Notice and the Consent to Join forms to Potential Collective Action Members substantially in the form and in the manner as prayed for; and,

4. This Court retains jurisdiction over the construction, interpretation, implementation and enforcement of the Settlement Agreement.

ENTERED as an Order of this Court this 2d day of October, 2019.

ENTER:

_____
John J. McConnell, J.

PER ORDER:

_____
Barbara Barletta

Page 1 of 2