UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **MAXWELL D. KOZLOV and BENJAMIN D. BOSIS**, individually and on behalf of other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>**BROWN UNIVERSITY IN PROVIDENCE IN THE STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS**, alias,<br><br>Defendant. | Civil Action No. 1:19-cv-00028 |

## JOINT MOTION FOR FINAL CERTIFICATION AND APPROVAL OF SETTLEMENT

Now come the Named Plaintiffs Kozlov and Bosis and Defendant Brown University and hereby jointly move for final certification of the collective class for settlement purposes only and approval of the settlement reached on behalf of the collective class that was preliminarily approved by the Court on October 2, 2019 (Dkt. 37).  The parties submit a proposed Final Approval Order for the Court's consideration, attached hereto as Exhibit 1.  As grounds therefore and in support thereof, the parties rely on their Joint Memorandum of Law in Support filed simultaneously herewith.  The parties do not request a hearing on this motion.  The parties do not believe a hearing is necessary in light of the absence of any actual dispute about the settlement or foreseeable potential for dispute, and in light of the COVID-19 crisis.

**WHEREFORE,** the parties respectfully pray that this Honorable Court enter an Order:

1. Granting final certification of the Fair Labor Standards collective class described in the Memorandum of Law in Support of the Parties' Joint Motion for Conditional Certification and Preliminary Approval (Dkt. 36-5) for settlement purposes only;

2. Granting final approval of the proposed Settlement Agreement (Dkt. 36-1);

3. Conditionally dismissing the matter with prejudice, no interest, no costs, subject to and conditioned upon the Defendant's full and timely compliance with the provisions of the approved Settlement Agreement, in particular, the distribution of the Gross Settlement Proceeds; and,

4. Reserving jurisdiction over the within action to enforce the Settlement Agreement.

Respectfully submitted, this **22nd** day of **April, 2020.**

| **PLAINTIFFS MAXWELL KOZLOV, BENJAMIN BOSIS**, et al | **DEFENDANT BROWN UNIVERSITY** |
|---|---|
| By their attorneys, | By its attorneys: |
| */s/ Richard A. Sinapi*<br>Richard A. Sinapi (#2977)<br>Chloe A. Davis (#9334)<br>2374 Post Road, Ste. 201<br>Warwick, RI 02886<br>(401) 739-9690<br>ras@sinapilaw.com<br>cad@sinapilaw.com | */s/ Michael E. Jusczyk*<br>Michael E. Jusczyk (Bar #7791)<br>Barry J. Miller (Mass. BBO# 661596), *pro hac vice*<br>Hillary Massey (Mass. BBO# 669600), *pro hac vice*<br>SEYFARTH SHAW LLP<br>Two Seaport Lane, Ste. 300<br>Boston, MA 02210<br>(617) 946-4800<br>mjusczyk@seyfarth.com<br>bmiller@seyfarth.com<br>hmassey@seyfarth.com |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed electronically on **April 22, 2020** through the Court's CM/ECF system, which will send notice of this filing to all counsel of record.

*s/ Richard A. Sinapi*